IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Miguel A. Colon, Sr. : Chapter 13
:
Debtor : Bankruptcy No.: 15-17376-amc
_____

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for debtor Miguel A. Colon, Sr., hereby certify that a true and correct copy of Debtor's proposed Amended Chapter 13 Plan dated and docketed August 12, 2016 was served on the following parties on August 12, 2016, as follows:

*via First Class Mail, postage pre-paid:*

Heather Elaine Kindred
OneMain Financial Group, LLC
asf Wells Fargo Bank, N.A.
as Issuer Loan Trustee for OneMain
Financial Issuance Trust 2014-2
6801 Colwell Blvd
Mail Stop: NTSB: 1310
Irving TX 75039

Brett A. Roberts, CEO
Credit Acceptance Corporation
Attn: Bankruptcy Dept
25505 West Twelve Mile Roadd
Southfield, MI 48034

*via Electronic Filing (ECF):*

Andrew F. Gornall, Esquire on behalf of JPMorgan Chase Bank, National Association
agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

William C. Miller, Esquire
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                LAW OFFICE OF STEPHEN J. ROSS, PC

By:    */s/ Joseph Quinn*
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        152 E. High Street, Suite 100
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        JQuinn@SJR-LAW.com
        Counsel for Debtor

Date:  August 12, 2016