# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Miguel A. Colon Sr. aka Miguel Antonio Colon, Sr. aka Mike Colon<br><br>    Debtor<br><br>JPMorgan Chase Bank, National Association<br>    Movant<br>vs.<br><br>Miguel A. Colon Sr. aka Miguel Antonio Colon, Sr. aka Mike Colon<br>    Debtor<br><br>William C. Miller Esq.<br>    Trustee | CHAPTER 13<br><br><br><br>NO. 15-17376 AMC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of JPMorgan Chase Bank, National Association, which was filed with the Court on or about **December 3, 2015, docket entry #14**.

    Respectfully submitted,

    **/s/ Joshua I. Goldman, Esquire**
    Joshua I. Goldman, Esquire
    Attorneys for Movant/Applicant
    KML Law Group, P.C.
    Main Number: (215) 627-1322

August 22, 2016