United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-17376-amc
Miguel A. Colon, Sr.                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Feb 16, 2017
                              Form ID: pdf900          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2017.
```
db          +Miguel A. Colon, Sr.,   303 Revere Court,    Coatesville, PA 19320-5923
13614187    +Chase Manhattan Mortgage,   Attn: Bankruptcy Dept,   3415 Vision Dr,   Columbus, OH 43219-6009
13614188    +Citifinancial/Onemain,   Citifinancial Inc.,   Pob 140489,   Irving, TX 75014-0489
13614189    +Credit Acceptance,   Attn: Bankruptcy Dept,   25505 West 12 Mile Rd Ste 3000,
              Southfield, MI 48034-8331
13638841    +JPMorgan Chase Bank, N.A.,   3415 Vision Drive,   OH4-7142,   Columbus, OH 43219-6009
13614191    +Joshua M. Colon,   303 Revere Court,   Coatesville, PA 19320-5923
13614192    +KML Law Group, P.C.,   Suite 5000 - BNY Independence Center,   701 Market Street,
              Philadelphia, PA 19106-1538
13709247    +Law Office of Stephen Ross, P.C.,   152 E. High Street, Suite 100,   Pottstown, PA 19464-5480
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Feb 17 2017 01:48:47     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 17 2017 01:48:32
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 17 2017 01:48:45     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13710632     E-mail/PDF: resurgentbknotifications@resurgent.com Feb 17 2017 01:42:48
              Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
              Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
13614186    +E-mail/Text: banko@berkscredit.com Feb 17 2017 01:48:23     Berks Credit & Collections,
              Po Box 329,   Attn: Bankruptcy,   Temple, PA 19560-0329
13614190    +E-mail/Text: fnb.bk@fnfg.com Feb 17 2017 01:48:43     First Niagara Bank,   1 Hudson City Ctr,
              Hudson, NY 12534-2355
13716311    +E-mail/PDF: cbp@onemainfinancial.com Feb 17 2017 01:42:47
              OneMain Financial Group, LLC asf Wells Fargo Bank,,   6801 Colwell Blvd,
              Mail Stop: NTSB: 1310,   IRVING TX 75039-3198
13774774    +E-mail/Text: bankruptcygroup@peco-energy.com Feb 17 2017 01:48:23     PECO Energy Company,
              Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSEPH L QUINN    on behalf of Debtor Miguel A. Colon, Sr. CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

    MIGUEL A. COLON, SR.　　　　　　　　　　Chapter 13

　　　　　　　　　　　　　　Debtor　　　　　Bankruptcy No. 15-17376-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this ___16th___ day of ___February___, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-

Debtor:
MIGUEL A. COLON, SR.

303 Revere Court

Coatesville, PA 19320